THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK EDISON COMPANY, Appellant, *v.* JAMES L. WELLS et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. N. Y. Edison Co.* v. *Wells*, 135 App. Div. 644, affirmed.
(Submitted April 26, 1910; decided May 10, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 17, 1909, which affirmed an order of Special Term confirming an assessment against the relator for purposes of taxation.

*Henry J. Hemmens* for appellant.

*Archibald R. Watson*, Corporation Counsel (*Curtis A. Peters* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.